UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

May 11, 2022

Nathan Ochsner, Clerk

|  |  |  |
|---|---|---|
| Raymond Earl Carr,<br>  Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action H-22-0445 |
| Bobby Lumpkin,<br>Director, Texas Department of<br>Criminal Justice, Correctional<br>Institutions Division,<br>  Respondent. | §<br>§<br>§<br>§<br>§ | |

## Order of Adoption

On April 7, 2022, Magistrate Judge Peter Bray recommended that the court dismiss without prejudice Raymond Earl Carr's petition for writ of habeas corpus because Carr is not in custody for the convictions that he challenges. (3) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on May 11, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge